IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:  JESSIE NATHANIEL MCLEOD AND           CASE NO.: 05-55526 ERG
BILLIE DENIECE MCLEOD, DEBTORS                CHAPTER 7

## RULE 3011 LIST OF UNCLAIMED FUNDS, CLAIMANTS AND AMOUNTS

COMES NOW, Kimberly R. Lentz, Chapter 7 Trustee, and submits to the United States Bankruptcy Court, Southern District of Mississippi the following list of Unclaimed Funds, Claimants and Amounts pursuant to Rule 3011 of the United States Bankruptcy Code.

PAYEE:    Jessie Nathaniel and Billie Deniece Mcleod (Debtor's)
          (Estate funds insufficient to administer)

AMOUNT:   $2,605.65

REASON:   Whereabouts of Debtor's is unknown. Debtor's did not negotiate check. Other attempts to locate the Debtor's have also failed.

Respectfully Submitted on this 12th day of June, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ, TRUSTEE

## CERTIFICATE OF SERVICE

I, KIMBERLY R. LENTZ, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

R. Michael Bolen, United States Trustee : USTPRegion05.JA.ECF@usdoj.gov

I further certify that I have mailed a true and correct copy of said document to:

Jessie Nathaniel McLeod
Billie Deniece McLeod
176 McCorn Lane
Lucedale, MS 39452

This the 12th day of June, 2008.

/s/ Kimberly R. Lentz
KIMBERLY R. LENTZ

**BANK OF AMERICA, N.A.**  CHECK NUMBER **3002**

CUSTOMER CONNECTION
32-1/1110 TX
0

KIMBERLY R. LENTZ
2012 23RD AVENUE
GULFPORT, MISSISSIPPI 39501

UNCLAIMED FUNDS

| DATE | AMOUNT |
|---|---|
| 6/12/2008 | *******2,605.65 |

ZQYS0859

**2140550**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 05-55526 | Debtor: MCLEOD, JESSIE NATHANIEL<br>Joint Debtor: MCLEOD, BILLIE DENIECE |

*Two Thousand Six Hundred Five Dollars And 65/100*

UNITED STATES BANKRUPTCY COURT
DAN M. RUSSELL, JR. U.S. COURTHOUSE
2012 15TH STREET, SUITE 244
GULFPORT, MS 39501

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈⋅00 300 2⋅⑈   ⑆⋅111000012⑆⋅   4429550179⑈⋅

| Date: 6/12/2008 | Check Number: 3002 | Amount: $2,605.65 |
|---|---|---|
| Case Number 05-55526<br>Debtor Name: MCLEOD, JESSIE NATHANIEL | | |
| Pai d To: UNITED STATES BANKRUPTCY COURT<br>DAN M. RUSSELL, JR. U.S. COURTHOUSE<br>2012 15TH STREET, SUITE 244<br>GULFPORT, MS 39501 | Trustee: KIMBERLY R. LENTZ<br>2012 23RD AVENUE<br>GULFPORT, MISSISSIPPI 39501 | |
| Description: UNCLAIMED FUNDS | | |
| Bank A ccount Number: 4429550179 | | |